FILED

JUL 31 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Criminal Case No. 08CR2549-L |
|---|---|
| Plaintiff, | ) **I N F O R M A T I O N** |
| v. | ) Title 8, U.S.C., Sec. 1325 - |
| RAUL FRANCO-LOPEZ, | ) Illegal Entry (Misdemeanor); |
|  | ) Title 8, U.S.C., Sec. 1325 - |
| Defendant. | ) Illegal Entry (Felony) |

The United States Attorney charges:

<u>Count 1</u>

On or about ___1/1/99___, within the Southern District of California, defendant RAUL FRANCO-LOPEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//
//
//

CJB:es:San Diego
7/16/08

<u>Count 2</u>

On or about June 28, 2008, within the Southern District of California, defendant RAUL FRANCO-LOPEZ, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact and previously committed the offense of illegal entry, as alleged in Count 1; all in violation of Title 8, United States Code, Section 1325, a felony.

DATED: July 31, 2008.

KAREN P. HEWITT
United States Attorney

CARLA J. BRESSLER
Assistant U.S. Attorney